# Court of Appeals
# of the State of Georgia

ATLANTA,   June 28, 2012

*The Court of Appeals hereby passes the following order:*

**A12D0404.  IN THE INTEREST OF D. E. T., B. P. L., C. P., D. B. P., K. P., AKA G. J., CHILDREN (MOTHER).**

On May 29, 2012, Sandtoro Pearson filed this application for discretionary review of the trial court's order terminating her parental rights.  In her application, she indicates that the court entered its order on April 27, 2012.  However, the termination order included in her application is dated March 27, 2012.[1]

To be timely, a discretionary application must be filed within 30 days of entry of the order at issue.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Pearson's application was filed 63 days after the order terminating her parental rights. We lack jurisdiction to consider an untimely application for discretionary appeal.  See *Hill*, supra.  Accordingly, the application is hereby DISMISSED.

---

[1] Pearson's application also includes a May 18, 2012, order finalizing the termination of Richard Lee's parental rights.  But that order makes no mention of Pearson.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* 06/28/2012
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*